**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 16-1097**

———————————

DARLENE J. DAVIS,

        Plaintiff - Appellant,

    v.

COMCAST CORPORATION, INC.; JOE MINOR; DAN SIMSON,

        Defendants - Appellees,

    and

DAN THOMAS; RICO WADE,

        Defendants.

———————————

**No. 16-1169**

———————————

DARLENE J. DAVIS,

        Plaintiff - Appellant,

    v.

COMCAST CORPORATION, INC.; JOE MINOR; DAN SIMSON,

        Defendants - Appellees,

    and

DAN THOMAS; RICO WADE,

        Defendants.

Appeals from the United States District Court for the Eastern District of Virginia, at Alexandria.  Gerald Bruce Lee, District Judge.  (1:13-cv-01513-GBL-IDD)

Submitted:  June 21, 2016                     Decided:  June 23, 2016

Before DUNCAN, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Darlene J. Davis, Appellant Pro Se.  Timothy McCormack, BALLARD SPAHR, LLP, Baltimore, Maryland; Constantinos George Panagopoulos, BALLARD SPAHR, LLP, Washington, DC, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals, Darlene J. Davis appeals the district court's orders denying relief on her Fed. R. Civ. P. 60 motion to set aside judgment and her subsequently filed revised motion to set aside judgment and motion for recusal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court.* Davis v. Comcast Corp., No. 1:13-cv-01513-GBL-IDD (E.D. Va. filed Jan. 13, 2016 & entered Jan. 14, 2016; Jan. 28, 2016). We deny Davis' motion to remand in No. 16-1097. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

---

* We note that Davis' Rule 60(b) motions were filed approaching the one-year deadline for filing such motions. See Fed. R. Civ. P. 60(c) ("A motion under Rule 60(b) must be made within a reasonable time, [and on certain grounds] no more than a year after the entry of the judgment of the judgment or order . . . ."). We need not, however, rest our decision on this basis.